

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SCOTT W. JOHNSON and FLORENCE H. CUMMINGS, | § | |
| | § | |
| Appellants/ Cross-Appellees, | § | |
| | § | |
| v. | § | No. 08-22-00132-CV |
| | § | |
| CALE ANDREW CLIFTON, CHRISTOPHER MATTHEW CLIFTON, PAMELA PARKER CLIFTON, COG OPERATING, LLC, DESERT PARTNERS IV, LP, KELLI CLIFTON GOSSMANN, LAMBERT LAND CO., LLC, KMF LAND, LLC, McCAMEY FARM & RANCH, L.P., KATHY PARKER in her Capacity as Independent Executor of the Estate of J. LOYD PARKER, III, SPRINGWOOD MINERAL 4, LP, ROBIN LEE YOUNG, YOUNG OIL AND GAS, LP and LAKE RANCH, LP, | § | Appeal from the |
| | § | 143rd Judicial District Court |
| | § | of Reeves County, Texas |
| | § | (TC# 20-07-23609-CVR) |
| | § | |
| | § | |
| | § | |
| | § | |
| Appellees/Cross-Appellants. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order granting Appellees' motions for summary judgment, issuing a take-nothing judgment on Appellants' claims, and interpreting the Cornell

Deed as conveying a fixed 1/128th interest to the Grantees. We render judgment in favor of Appellants, finding them entitled to a floating 1/16th royalty interest on their claim for a declaratory judgment. We remand the case for further proceedings on Appellants' remaining claims for relief.

We further order that Appellants recover from Appellees all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JULY, 2023.


LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.